

CAROL L. MICHEL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

<u>INDICTMENT FOR FALSELY IMPERSONATING A FEDERAL OFFICER</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 24-00169 |
| v. | * | SECTION: SECT. E MAG. 3 |
| WILLIAM GILCHRIST | * | VIOLATION: 18 U.S.C. § 912 |
| | * | |
| | * | |

\* \* \*

The Grand Jury charges that:

<u>COUNT 1</u>

On or about June 19, 2024, in the Eastern District of Louisiana, the defendant, **WILLIAM GILCHRIST**, with intent to defraud did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Deputy United States Marshal with the United States Marshals Service, and in such assumed and pretended character did act as such, in that he falsely stated to a Jefferson Parish Sheriff's Office Detective that he was a Fugitive Task

Fee USM
Process
X Dktd
CtRmDep
Doc.No.

Force Officer with the United States Marshals Service and presented a false badge and identification card to evade arrest, in violation of Title 18, United States Code, Section 912.



DUANE A. EVANS
UNITED STATES ATTORNEY

PAUL J. HUBBELL
Assistant United States Attorney
Louisiana Bar Roll No. 40187

New Orleans, Louisiana
July 19, 2024

FORM OBD-34

No. _____

UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM GILCHRIST

VIOLATION: 18 U.S.C. § 912

INDICTMENT FOR FALSELY
IMPERSONATING A FEDERAL OFFICER

Filed in open court this _____ day of _____
2024.

_____
Clerk

Bail, $ _____

_____
PAUL J. HUBBELL
Assistant United States Attorney